# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Daniel Joshua Hodge, | ) | Case No. 1:17-cr-196 |
| | ) | |
| Defendant. | ) | |

Defendant is required to submit to electronic monitoring as a condition of his release. The Pretrial Services Office has advised the court that defendant is scheduled for an MRI in Minot on January 29, 2018, that will necessitate the removal of his ankle bracelet and that he intends to soon thereafter surrender to the United States Marshal. Accordingly, defendant's electronic monitoring condition shall be stricken as of January 29, 2018.

**IT IS SO ORDERED.**

Dated this 26th day of January, 2018.

                                                        */s/ Charles S. Miller, Jr.*
                                                        Charles S. Miller, Jr., Magistrate Judge
                                                        United States District Court