# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Daniel Joshua Hodge, | ) | Case No. 1:17-cr-196 |
| | ) | |
| Defendant. | ) | |

Defendant was conditionally released on September 15, 2017, pending trial. He has since executed a plea agreement. A change of plea hearing has been scheduled for 10:00 a.m. on February 5, 2018, in Bismarck before Chief Judge Hovland.

On January 23, 2018, defense counsel advised the court of defendant's intent to surrender to the United States Marshal. Accordingly, the court **ORDERS** that defendant shall report to the Burleigh Morton County Detention Center by 5:00 p.m. on February 1, 2018. Upon arriving at the Burleigh Morton County Detention Center, defendant shall be committed to the custody of the Attorney General or designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with court proceedings.

Dated this 26th day of January, 2018.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court